IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**CECIL PRUITT, JR., #R2186**                                            **PETITIONER**

**V.**                                                         **CAUSE NO. 3:13-cv-988-CWR-KFB**

**CHRISTOPHER B. EPPS,**                                        **RESPONDENT**
**Commissioner of MDOC**

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge Keith F. Ball's Report and Recommendation (R&R) to dismiss the Plaintiff's petition for habeas corpus relief filed pursuant to 28 U.S.C. § 2254. Dockets No. 8.

The R&R notified the parties that failure to file written objections to the proposed findings, conclusions, and recommendations contained therein within 14 days after service would bar that party, except under grounds of plain error, from further appeal in accordance with 28 U.S.C. § 636.

Having received no timely written objections from any party, this Court adopts the R&R as its own Order. Accordingly, the Plaintiff's petition is dismissed with prejudice. A separate Final Judgment will issue this day.

**SO ORDERED,** this the 8th day of March, 2016.

                                                                             s/ Carlton W. Reeves
                                                                             UNITED STATES DISTRICT JUDGE